■ In the Matter of the Arbitration between CONGEL-HAZARD, INC., Appellant, and JOHN S. MACNEILL, JR., Respondent. JOHN S. MACNEILL, JR., Respondent, v. CONGEL-HAZARD, INC., Appellant. (Appeal No. 2.) — Appeal unanimously dismissed, without costs. Memorandum: No appeal lies from an order denying a motion for reargument (*Roberts* v. *Connelly*, 35 A D 2d 813; *Matter of Foglia*, 32 A D 2d 836; *Sklan* v. *Sklan*, 29 A D 2d 526). (Appeal from order of Onondaga Special Term denying, upon reargument, motion to stay arbitration). Present — Del Vecchio, J. P., Witmer, Gabrielli, Moule and Cardamone, JJ.

■ MARCO M. FRISONE, INC., Appellant, v. PAUL BORG CONSTRUCTION COMPANY, INC., et al., Respondents. (Appeal No. 1.) — Judgment unanimously modified on the law and facts in accordance with memorandum and as modified affirmed, with costs to plaintiff-appellant. Memorandum: It was an improvident exercise of discretion to deny interest and costs. The record is devoid of any equitable reason for denying such relief (5 Weinstein-Korn-Miller, N. Y. Civ. Prac., par. 5001.06; *National Bank of North Amer.* v. *Marine Midland Grace Trust Co. of N. Y.*, 33 A D 2d 678). Interest on the award should be computed from April 17, 1968. Furthermore, the judgment below should have been, with costs. (Appeal from judgment of Monroe Trial Term in action for damages for breach of contract and to foreclose mechanic's lien.) Present — Del Vecchio, J. P., Witmer, Gabrielli, Moule and Cardamone, JJ.

■ MARCO M. FRISONE, INC., Respondent, v. PAUL BORG CONSTRUCTION COMPANY, INC. et al., Appellants. (Appeal No. 2.) — Judgment unanimously modified on the law and facts in accordance with memorandum in *Marco M. Frisone, Inc.* v. *Borg Constr. Co.* (40 A D 2d 589) decided herewith, and as modified affirmed, without costs but with disbursements to plaintiff-respondent. (Appeal from judgment of Monroe Trial Term in action for damages for breach of contract and to foreclose mechanic's lien.) Present — Del Vecchio, J. P., Witmer, Gabrielli, Moule and Cardamone, JJ.

■ MARCO M. FRISONE, INC., Appellant, v. PAUL BORG CONSTRUCTION COMPANY, INC., et al., Defendants, and MOHASCO INDUSTRIES, INC. et al., Respondents. (Appeal No. 3.) — Judgment unanimously affirmed. (Appeal from judgment of Monroe Trial Term dismissing complaint in part.) Present — Del Vecchio, J. P., Witmer, Gabrielli, Moule and Cardamone, JJ.